USDC SCAN INDEX SHEET



JAH    9/24/01    10:57
3:00-CV-01516    PACIFIC COMMERCIAL V. RELIANCE INSURANCE
*24*
*STIPO.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PACIFIC COMMERCIAL SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE INSURANCE COMPANY, a Pennsylvania corporation; and HUNT BUILDING CORPORATION, a Texas corporation,<br><br>Defendants. | CASE NO. 00 CV 1516 IEG (NLS)<br><br>STIPULATION AND REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON<br><br>Dept.: 13<br>Judge: Hon. Irma Gonzalez |
| AND RELATED COUNTERCLAIM | |

Plaintiff UNITED STATES OF AMERICA *ex rel* PACIFIC COMMERCIAL SYSTEMS, INC. ("PACIFIC") and Defendants RELIANCE INSURANCE COMPANY ("RELIANCE") and HUNT BUILDING CORPORATION ("HUNT")(collectively the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. PACIFIC filed the Complaint in this action on July 28, 2000;

2. HUNT and RELIANCE answered the Complaint, and HUNT filed a Counterclaim on August 22, 2000;

3. PACIFIC replied to HUNT's Counterclaim on September 8, 2000;

12837.2\411581.1

ENTERED ON 9/24/01    00 CV 1516 IEG (NLS)

4. On September 15, 2000, HUNT and RELIANCE moved to: 1) stay this action pending arbitration; and 2) to either dismiss this action for improper venue or transfer this action to the United States District Court for the Western District of Texas;

5. On October 15, 2000, the Court granted the motion to stay this action pending arbitration; denied the motion to dismiss or transfer this action; and ordered this action to be administratively closed pending arbitration;

6. Effective August 16, 2001, the Parties entered into a written settlement agreement resolving all of their disputes. Pursuant to the settlement, the Parties are to take all necessary steps to dismiss with prejudice PACIFIC's Complaint and HUNT's Counterclaim, and each claim for relief alleged therein; and

7. The Parties hereby request that the Court dismiss with prejudice PACIFIC's Complaint, HUNT's Counterclaim, and each of the claims for relief respectively alleged therein.

DATED: September _7_, 2001

WATT, TEIDER, HOFFAR & FITZGERALD, LLP

By: _____
JOHN MARKING
Attorneys for Plaintiff and Counter-Defendant UNITED STATES OF AMERICA *ex rel* PACIFIC COMMERCIAL SYSTEMS, INC.

DATED: September _16_, 2001

HILLYER & IRWIN

By: _____
ROBERT P. ALLENBY
TIMOTHY C. EARL
Attorneys for Defendants and Counter-Claimants RELIANCE INSURANCE COMPANY and HUNT BUILDING CORPORATION

///

*[Proposed Order Follows]*

[~~PROPOSED~~] ORDER

Based upon the above stipulation of the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. PACIFIC's Complaint, and each claim for relief alleged therein, is hereby dismissed with prejudice; and

2. HUNT's Counterclaim, and each claim for relief alleged therein, is hereby dismissed with prejudice.

DATED: September 6, 2001

_____
UNITED STATES DISTRICT JUDGE
Judge Irma E. Gonzalez